UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF ESTYL "LEE" HALL, and, CLAIR HALL,<br><br>            Plaintiffs,<br><br>vs.<br><br>PEND OREILLE COUNTY, et al.,<br><br>            Defendants. | NO. CV-12-00606-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT |

    On January 2, 2014, Plaintiffs' counsel contacted the court and informed that this matter had resolved and that documentation regarding the settlement would be filed. On January 3, 2014, defense counsel filed a "Stipulated Motion for Dismissal of Complaint with Prejudice" (ECF No. 35). The Motion states that the parties have reached a settlement and agree that the Complaint may be dismissed with prejudice and without an award of costs or attorney fees. Accordingly,

    **IT IS HEREBY ORDERED**:

    1. The Stipulated Motion (ECF No. 35) is **GRANTED**. The Clerk of this court shall enter judgment of dismissal of the Complaint and the claims therein with prejudice and without an award of costs or attorneys fees to any party.

    2. Plaintiffs' Motion for Partial Summary Judgment (ECF No. 16) is **DENIED AS MOOT**. The hearing on Plaintiffs' Motion that is currently set for January 7, 2014, is **HEREBY STRICKEN**.

    **IT IS SO ORDERED**. The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

    **DATED** this 3rd day of January, 2014.

                                s/ Justin L. Quackenbush
                              JUSTIN L. QUACKENBUSH
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1