# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ESTATE OF ESTYL "LEE" HALL, and, CLAIR HALL, <br><br> *Plaintiff* <br> v. <br> PEND OREILLE COUNTY, et al., <br><br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. CV-12-606-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint and the claims therein are dismissed with prejudice and without an award of costs or attorneys fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: January 3, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer